HOUSE OF FREDA, INC., Appellant, *v.* RIVERSIDE DRIVE — 82ND STREET CORPORATION, Respondent.

Submitted May 29, 1950; decided June 2, 1950.

*Leonard H. Bernstein* and *Arthur P. West* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within thirty days from the date of our order, plaintiff take all necessary steps, including the furnishing of an undertaking on appeal and the filing and service of the requisite return and brief, so that the appeal may be on the calendar of this court at its first fall session, in which event motion denied.